# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00798-CR

**Roberto Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. D-1-DC-11-300990, THE HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Roberto Hernandez seeks to appeal from a judgment convicting him of terroristic threat. *See* Tex. Penal Code Ann. § 22.07 (West 2011). We abated this appeal because the trial court certification in the record appeared defective as it did not comport with the remainder of the record in this plea-bargain case. *See Dears v. State*, 154 S.W.3d 610, 614 (Tex. Crim. App. 2005) (defining defective certification as one that is "correct in form but which, when compared with the record before the court, proves to be inaccurate"). We instructed the district court to prepare and send to this Court an amended certification in this cause that accurately reflects Hernandez's right of appeal. *See* Tex. R. App. P. 35.2(f); *Dears v. State*, 154 S.W.3d 610, 614 (Tex. Crim. App. 2005).

The trial court has provided this Court with an amended certification certifying that this is a plea-bargain case and Hernandez has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____
Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 22, 2012

Do Not Publish